■ BETHLEHEM STEEL CORPORATION, Respondent, v UNITED STATES FIDELITY AND GUARANTY COMPANY, Defendant. IDA M. ALEKNA et al., Intervenors-Appellants. (Appeal No. 2.) [598 NYS2d 1022] —Order unanimously affirmed with costs. Same Memorandum as in *Bethlehem Steel Corp. v United States Fid. & Guar. Co.* (193 AD2d 1058 [decided herewith]). (Appeal from Order of Supreme Court, Cayuga County, Corning, J.—Renewal.) Present—Denman, P. J., Green, Balio, Fallon and Davis, JJ.